J. Kevin Bird (3992)
TRUSTEE
384 East 720 South, Suite 201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \*

| | |
|---|---|
| IN RE | ) |
| | ) Case No. 19-26674-KRA |
| MISTY LYNN BOOZENNY | ) Chapter 7 |
| | ) |
| | ) TRUSTEE'S NOTICE OF PAYMENT |
| Debtor(s) | ) OF FUNDS INTO REGISTRY |
| | ) |
| | ) |
| | ) |

\* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1

1.  On May 12, 2020, J.Kevin Bird, Trustee made distribution to the debtor in the above-referenced proceeding.

2.  The funds are on deposit with Independent Bank, Account No.: 5261192667

3.  The following check issued to the debtor remains unpaid, although more than ninety days has passed:

|  |  |
|---|---|
| Claimant: | Misty Boozenny<br>1338 W. 2320 E.<br>Spanish Fork, UT 84660 |
| Distribution: | $2,245.50 |

Notice is hereby given that, pursuant to 11 U.S.C. § 347(a), the Trustee has stopped payment on the foregoing check and the balance of unclaimed funds in the amount of $2,245.50 are hereby paid into the Registry.

4.  A check in the amount of $2,245.50 representing the foregoing unclaimed funds has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 08/13/2020

_____
J.Kevin Bird, Trustee

2